IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESUS CERVANDO LOPEZ, | § |
| | § |
| *Petitioner,* | § |
| | § |
| v. | § Civil Action No. 1:15-cv-00144 |
| | § |
| LORIE DAVIS, Director | § |
| Texas Department of Criminal Justice | § |
| Correctional Institutions Division, | § |
| *Respondent.* | § |

## RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL

This notice is filed to inform the Court that the undersigned attorney will be acting as lead counsel in this case.

                                                    Respectfully submitted,

                                                    KEN PAXTON
                                                    Attorney General of Texas

                                                    JEFFREY C. MATEER
                                                    First Assistant Attorney General

                                                    ADRIENNE MCFARLAND
                                                    Deputy Attorney General
                                                    for Criminal Justice

                                                    EDWARD L. MARSHALL
                                                    Chief, Criminal Appeals Division

                                                    s/ Jessica Manojlovich
*Lead Counsel                              JESSICA MANOJLOVICH*
                                                    Assistant Attorney General
                                                    State Bar No. 24055632
                                                    Southern ID No. 783178

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that on the 15th day of August, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas using the CM/ECF system, which will automatically serve a "Notice of Electronic Filing" (NEF) on the following counsel of record for petitioner, who consented in writing to accept the NEF as service of this document by electronic means:

Gary A. Udashen
Sorrells Udashen et al
2311 Cedar Springs Rd., Ste: 250
Dallas, TX 75201
(214) 468-8100, Phone
(214) 468-8104, Fax
gau@sualaw.com, Email

Paul G. Hajjar
507 East Elizabeth Street
Brownsville, TX 78520
(956) 346-4283, Phone
(956) 542-7793, Fax
hajjarlaw57@gmail.com, Email

s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General