United States Courts
Southern District of Texas
FILED
October 11, 2018
David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-41252
1:15-cv-144

A True Copy
Certified order issued Oct 11, 2018

Jule W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

JESUS CERVANDO LOPEZ,

Petitioner-Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee

Appeal from the United States District Court
for the Southern District of Texas

O R D E R:

Jesus Cervando Lopez, Texas prisoner # 1784120, appeals the district court's denial of his Federal Rule of Civil Procedure 60(b)(6) motion as an unauthorized second or successive 28 U.S.C. § 2254 application in part and as moot in part. Counsel appointed to represent Lopez on appeal filed a motion for leave to withdraw and a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). *See Dinkins v. Alabama*, 526 F.2d 1268, 1269 (5th Cir. 1976). Lopez has filed a response, in which he argues that he received ineffective assistance of habeas counsel in the district court.

Lopez is required to obtain a certificate of appealability (COA) to appeal the denial of his Rule 60 motion. *See Cardenas v. Thaler*, 651 F.3d 442, 443 (5th Cir. 2011); *Ochoa Canales v. Quarterman*, 507 F.3d 884, 888 (5th Cir.

2007). His notice of appeal is construed as a request for a COA. *See* FED. R. APP. P. 22(b). A COA may be issued only if Lopez makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

A review of counsel's *Anders* brief and the relevant portions of the record reveal no nonfrivolous issue for appellate review. *See United States v. Flores*, 632 F.3d 229, 232–34 (5th Cir. 2011). Further, "ineffectiveness or incompetence of counsel during Federal or State collateral post-conviction proceedings shall not be a ground for relief" in a § 2254 proceeding. 28 U.S.C. § 2254(i). Accordingly, counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. The request for a COA is DENIED.

/s/ Stephen A. Higginson
_____
STEPHEN A. HIGGINSON
UNITED STATES CIRCUIT JUDGE

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 11, 2018

Mr. David J. Bradley
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

    No. 17-41252   Jesus Lopez v. Lorie Davis, Director
                           USDC No. 1:15-CV-144

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Angelique B. Tardie, Deputy Clerk
                           504-310-7715

cc w/encl:
    Mr. Jesus Cervando Lopez
    Ms. Jessica Michelle Manojlovich
    Mr. Edward Larry Marshall
    Mr. Gregory Don Sherwood